IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF FLORIDA ORLANDO DIVISION

CASE NO: 6:23-cv-01834

DANIEL HOHENSTEIN,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE and
MAKAYLA BELL,

    Defendants.
_____/

## **COMPLAINT**

    COMES NOW Plaintiff, DANIEL HOHENSTEIN, by and through his undersigned attorneys, and hereby sues Defendants, UNITED STATES POSTAL SERVICE and MAKAYLA BELL, and alleges as follows in support thereof:

    1.    This is an action for damages that exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest, costs and attorney's fees.

    2.    At all times material to this action, the Plaintiff, DANIEL HOHENSTEIN, was a natural person residing in Volusia County, Florida.

    3.    At all times material to this action, Defendant, UNITED STATES POSTAL SERVICE, (hereinafter "USPS"), was an independent establishment of the executive branch of the Government of the United States that owned the motor vehicle operated by Defendant, MAKAYLA BELL, at the time of the subject motor vehicle collision.

    4.    At all times material to this action, Defendant, USPS, was licensed and authorized to do business in Volusia County, Florida.

    5.    All other conditions precedent to the bringing of this action have been performed, have occurred or have been waived.

6. Venue is proper in Volusia County, Florida because the alleged incident occurred in New Smyrna Beach, Volusia County, Florida.

## FACTS COMMON TO ALL COUNTS

7. On or about October 5, 2020, Plaintiff, DANIEL HOHENSTEIN, was travelling northbound on State Road 415 at or near the intersection of State Road 415 and Lake Ashby Road in New Smyrna Beach, Volusia County, Florida.

8. At that time and place, Defendant, MAKAYLA BELL, was operating a motor vehicle owned by Defendant, USPS, that was stopped on the shoulder of the roadway at or near the intersection of State Road 415 and Lake Ashby Road in New Smyrna Beach, Volusia County, Florida.

9. At that time and place, Defendant, MAKAYLA BELL, was operating the subject motor vehicle with the full knowledge and the express authority, permission and consent of its owner, Defendant, USPS.

10. At that time and place, Defendant, MAKAYLA BELL, was operating the subject motor vehicle within the course and scope of her employment with Defendant, USPS.

11. At that time and place, Defendant, MAKAYLA BELL, negligently and carelessly operated and/or maintained the subject motor vehicle by pulling into the path of Plaintiff's vehicle from the shoulder of the road and causing the collision with Plaintiff's, DANIEL HOHENSTEIN, vehicle.

12. As a result of the subject motor vehicle collision, Defendant, MAKAYLA BELL, was issued a citation for failure to yield to oncoming traffic in violation of Florida Statute § 316.122.

13. As a result of the subject motor vehicle collision, Plaintiff, DANIEL HOHENSTEIN, sustained serious and permanent injuries.

## COUNT I – NEGLIGENCE CLAIM OF DANIEL HOHENSTEIN AGAINST DEFENDANT, MAKAYLA BELL

14. The Plaintiff realleges and incorporates by reference paragraphs one (1) through thirteen (13) as if fully set forth herein.

15. That at the aforementioned time and place Defendant, MAKAYLA BELL, owed a duty of care to other motorists and non-motorists traveling on the road, including Plaintiff, DANIEL HOHENSTEIN, to operate her vehicle in a careful and lawful manner and with consideration of the driving conditions at the time.

16. Defendant, MAKAYLA BELL, breached said duty by negligently operating and/or maintaining her vehicle so as to collide with the rear end of the motor vehicle being operated by Plaintiff, DANIEL HOHENSTEIN.

17. As a direct and proximate result of Defendant's MAKAYLA BELL, negligence, Plaintiff, DANIEL HOHENSTEIN, suffered or incurred injuries included, without limitation, the following:

   A. Significant and permanent loss of an important bodily function and/or permanent and significant scarring.
   B. Permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;
   C. Aggravation or activation of an existing disease or physical defect;
   D. Pain, suffering, disability, physical impairment, inconvenience, and a loss of capacity for the enjoyment of life;
   E. Expenses of medical care and treatment in the past and in the future;
   F. Loss of wages and/or loss of earning capacity in the future; and
   G. All losses are continuing and/or permanent.

18. Plaintiff, DANIEL HOHENSTEIN, will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE,** Plaintiff, DANIEL HOHENSTEIN, demands judgment for damages against Defendant, MAKAYLA BELL, for personal injury including the losses enumerated

herein, costs, interest and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

## COUNT II – NEGLIGENCE CLAIM OF DANIEL HOHENSTEIN AGAINST DEFENDANT, UNITED STATES POSTAL SERVICE

19. Plaintiff realleges and incorporates by reference paragraphs one (1) through thirteen (13) as if fully set forth herein.

20. Defendant's, USPS, employee, MAKAYLA BELL, owed a duty of care to other motorists and non-motorists traveling on the road, including Plaintiff, DANIEL HOHENSTEIN, to operate the vehicle in a careful and lawful manner and with consideration of the driving conditions at the time.

21. On or about October 5, 2020, Defendant MAKAYLA BELL, was an agent, employee or servant of Defendant, USPS

22. That at the stated time and place, Defendant, MAKAYLA BELL, was operating a vehicle owned by Defendant, USPS, with Defendant's, USPS, expressed and/or implied permission.

23. That at the stated time and place, Defendant MAKAYLA BELL, was working in the course and scope of her employment with Defendant, USPS

24. At all times material hereto, Defendant, USPS, controlled the conduct of Defendant, MAKAYLA BELL; in particular, at the time of the collision involving its vehicle.

25. Defendant, MAKAYLA BELL negligently operated and/or maintained the vehicle owned by Defendant, USPS, causing it to collide with the motor vehicle operated by Plaintiff, DANIEL HOHENSTEIN.

26. As the principal, master and/or employer of Defendant, MAKAYLA BELL, Defendant, USPS, is vicariously liable for the fault of MAKAYLA BELL.

27. As a direct and proximate result of the negligence of Defendant, MAKAYLA BELL, and Defendant, USPS, Plaintiff, DANIEL HOHENSTEIN, suffered or incurred injuries included, without limitation, the following:

- H. Significant and permanent loss of an important bodily function and/or permanent and significant scarring.
- I. Permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;
- J. Aggravation or activation of an existing disease or physical defect;
- K. Pain, suffering, disability, physical impairment, inconvenience, and a loss of capacity for the enjoyment of life;
- L. Expenses of medical care and treatment in the past and in the future;
- M. Loss of wages and/or loss of earning capacity in the future; and
- N. All losses are continuing and/or permanent.

28. Plaintiff, DANIEL HOHENSTEIN, will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE,** Plaintiff, DANIEL HOHENSTEIN, demands judgment for damages against Defendant, USPS, for personal injury including the losses enumerated herein, costs, interest and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

## DEMAND FOR JURY TRIAL

Plaintiff, DANIEL HOHENSTEIN, demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted this DATED this 22nd day of September 2023.

*/s/ Gregory Jackson, Esquire*
Gregory Jackson, Esquire
Florida Bar No.: 503126
Direct: (407) 845-1848
Fax: (321) 710-1375
Noah Rosenbaum, Esquire
Florida Bar No.: 1039675
Direct: (407) 845-1848
Fax: (321) 710-0028
Dan Newlin Injury Attorneys
7335 W. Sand Lake Road, Suite 300

Orlando, FL 32819
Gregory.Jackson@newlinlaw.com
Noah.Rosenbaum@newlinlaw.com
Shequita.Black@newlinlaw.com
Jenifer.Acuna@newlinlaw.com
**<u>SERVICE EMAIL ONLY:</u>**
**Jackson.Pleadings@newlinlaw.com**
Attorney for Plaintiff